**Order entered April 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00080-CV

**JOHN H. WHITFIELD AND TAMMY LYNN WHITFIELD, Appellants**

**V.**

**FIG TREE APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06144-C**

# ORDER

We **DENY** appellee's March 30, 2015 motion to dismiss as moot.

/s/     LANA MYERS
           JUSTICE